UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DEBBIE CONSTANTINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC., a Washington corporation and PINNACLE CREDIT SERVICES, LLC, a Minnesota limited liability company,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:17-cv-01259-HNJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISMISSAL ORDER

Pursuant to the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 10), the court **DISMISSES** this action **WITH PREJUDICE**, each party to bear its own costs.

**DONE** this 18th of October, 2017.



HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE